**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Christopher J. Balala, Esq. (Attorney ID 030732010)
Counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re:<br><br>Gregg E. Warhurst and<br><br>Barbara A. Warhurst,<br><br><br>Debtors. | Chapter 13<br><br>Case No.  14-26491 (NLW)<br><br>NOTICE OF MOTION FOR AN ORDER TO REDUCE THE CLAIM OF JEREMY DOPPELT REALTY MANAGEMENT, LLC |
|---|---|

The Debtors have filed papers with the Court for an Order reducing your claim.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to rule in the Movant's favor, or if you want the Court to consider your views on this motion, then on or before the scheduled hearing, you or your attorney must:

File with the Court a written request for a hearing (or, *if the Court requires a written response*, an answer, explaining your position(s)) at:

UNITED STATES BANKRUPTCY COURT
MARTIN LUTHER KING, JR. FEDERAL BUILDING
50 WALNUT STREET
NEWARK, NJ 07102

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

CHRISTOPHER J. BALALA, ESQ.

      SCURA, WIGFIELD, HEYER & STEVENS, LLP
      1599 HAMBURG TURNPIKE
      WAYNE, NJ 07470

And:

      MARIE-ANN GREENBERG, ESQ., TRUSTEE
      30 TWO BRIDGES ROAD – SUITE 330
      FAIRFIELD, NJ 07004

Attend the hearing scheduled before the Honorable Novalyn L. Winfield, in the United States Bankruptcy Court located at 50 Walnut Street, in the Martin Luther King, Jr. Federal Building in Newark, NJ on **July 9, 2015 at 12:00 p.m.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if the motion is contested or so directed by the Court; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached certification in support of the motion; and

**PLEASE TAKE FURTHER NOTICE** that this matter does not involve complicated issues of law or fact and therefore no brief is necessary pursuant to D.N.J. LBR 9013-2.

      SCURA, WIGFIELD, HEYER & STEVENS, LLP
      Attorneys for the Debtors

        /s/  Christopher J. Balala
      By:  Christopher J. Balala, Esq.

Dated:  May 27, 2015