**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Christopher J. Balala, Esq. (Attorney ID 030732010)
*Counsel for Debtors*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| In re: | Chapter 13 |
|---|---|
| Gregg E. Warhurst and Barbara A. Warhurst, | Case No.  14-26491 |
| | Hon. Novalyn L. Winfield |
| | Hearing Date: July 9, 2015 @ 12:00 p.m. |
| Debtors. | |

**ORDER REDUCING THE CLAIM OF JEREMY DOPPELT
REALTY MANAGEMENT, LLC AS SERVICING AGENT FOR
GARDEN STATE VENTURES, LLC**

The relief set forth on the following page, numbered two (2), is hereby:

**ORDERED.**

Debtors: Gregg E. Warhurst and Barbara A. Warhurst
Case No.: 14-26491 (NLW)

Caption of Order: **ORDER REDUCING THE CLAIM OF JEREMY DOPPELT REALTY MANAGEMENT, LLC AS SERVICING AGENT FOR GARDEN STATE VENTURES, LLC**

Page 2 of 2

**THIS MATTER** having been brought before the court by the Debtors Gregg E. Warhurst and Barbara A. Warhurst, by and through their counsel, Scura, Wigfield, Heyer & Stevens, LLP, for entry of an order reducing Claim No. 7 filed by Jeremy Doppelt Realty Management, LLC as servicing agent for Garden State Ventures, LLC ("JDRM") in the amount of $62,452.72, and the Court having considered the papers submitted and the arguments of counsel; and due notice having been given; and for good cause shown,

**IT IS hereby ORDERED:**

The proof of claim filed by JDRM, in the amount $62,452.72, and identified as Claim No. 7 in the Debtors' Claim Register, is hereby reduced to $22,143.17 ($16,414.01 missed installment payments + $5,729.16 prepetition fees, expenses, and charges).