| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Martin L. King, Jr. Federal Building<br>50 Walnut Street, 3rd floor<br>Newark, NJ  07101-1352 | Order Filed on September 26, 2015 by Clerk U.S. Bankruptcy Court District of New Jersey |

In Re:

Gregg E Warhurst
Barbara A Warhurst

Case No.: 14-26491

Hearing Date: 9/24/2015

Judge: SHERWOOD

Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
### VACATING THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 26, 2015**

Honorable John K. Sherwood
United States Bankruptcy Court

A motion or application having been filed on _____August 7_____, 20 _15_ by Garden State Ventures LLC for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied without prejudice.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*