| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON<br>XCA 168085-2/DCAR<br>KML Law Group, P.C.<br>Sentry Office Plaza<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Garden State Ventures LLC | <br><br>Order Filed on November 24,<br>2015 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>Gregg E Warhurst and Barbara A Warhurst | Case No.: 14-26491-JKS<br>Adv. No.:<br>Hearing Date: September 24, 2015 @ 11:00am<br><br>Judge: John K. Sherwood |

### ORDER REDUCING PROOF OF CLAIM #7 OF GARDEN STATE VENTURES LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: November 24, 2015**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: Gregg E Warhurst and Barbara A Warhurst

Case No.: 14-26491-JKS

Caption: **ORDER REDUCING PROOF OF CLAIM #7 OF GARDEN STATE VENTURES LLC**

This matter having been brought before the Court by Christopher Balala, attorney for Debtors, upon a motion to reduce the Secured Creditor's Proof of Claim as to real property located at 187 Linden Road, Wayne, NJ 07470, and it appearing that notice of said motion was properly served upon all parties concerned and this Court having considered the representations of attorneys for the Debtors and KML Law Group, P.C., attorneys for Secured Creditor, Garden State Ventures LLC, Denise Carlon appearing, and for good cause having been shown;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the arrearage claim of Garden State Ventures, LLC, proof of claim #7 on the claims register, is hereby reduced to $43,455.20; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor will provide a pre-petition escrow disbursement history.