Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/12/2017

**Chapter 13 Case # 14-26491**

| Re: | GREGG E WARHURST | Atty: | SCURA WIGFIELD HEYER & STEVENS, LLP |
|---|---|---|---|
|   | BARBARA A WARHURST |   | 1599 HAMBURG TURNPIKE |
|   | 187 LINDEN ROAD |   | WAYNE, NJ  07470 |
|   | WAYNE,  NJ  07470 |   |   |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $59,090.00**

### RECEIPTS AS OF 01/12/2017     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/24/2014 | $840.00 | 22016566517 | 11/05/2014 | $840.00 | 22016572378 |
| 12/03/2014 | $840.00 | 22358311266 | 01/26/2015 | $840.00 | 22358313742 |
| 02/20/2015 | $840.00 | 1925325000  - | 03/13/2015 | $125.00 | 1979919000  - |
| 03/23/2015 | $200.00 | 1998401000  - | 03/30/2015 | $100.00 | 2014194000  - |
| 04/03/2015 | $100.00 | 2030472000  - | 04/10/2015 | $315.00 | 2045524000  - |
| 05/14/2015 | $840.00 | 2124694000  - | 05/20/2015 | $840.00 | 2137366000  - |
| 05/28/2015 | $840.00 | 2154570000  - | 06/05/2015 | $200.00 | 2179365000  - |
| 06/12/2015 | $200.00 | 2193159000  - | 06/22/2015 | $200.00 | 2211988000  - |
| 06/26/2015 | $240.00 | 2222943000  - | 07/13/2015 | $200.00 | 2262293000  - |
| 07/17/2015 | $200.00 | 2273850000  - | 07/23/2015 | $440.00 | 2285969000  - |
| 08/10/2015 | $200.00 | 2328172000  - | 08/17/2015 | $200.00 | 2342914000  - |
| 08/26/2015 | $100.00 | 2364301000  - | 09/01/2015 | $100.00 | 2380870000  - |
| 09/03/2015 | $240.00 | 2388495000  - | 09/24/2015 | $840.00 | 2433068000  - |
| 10/08/2015 | $200.00 | 2471553000  - | 10/23/2015 | $300.00 | 2502779000  - |
| 11/02/2015 | $340.00 | 2525044000  - | 11/13/2015 | $200.00 | 2553502000  - |
| 12/01/2015 | $100.00 | 2596583000  - | 12/07/2015 | $695.00 | 2612357000  - |
| 12/10/2015 | $695.00 | 2621471000  - | 12/10/2015 | ($695.00) | 2612357000  - |
| 01/05/2016 | $995.00 | 22891341958 | 02/17/2016 | $995.00 | 23231750376 |
| 03/08/2016 | $995.00 | 23231750670 | 04/26/2016 | $995.00 | 23080561018 |
| 05/03/2016 | $995.00 | 23080560625 | 05/24/2016 | $1,000.00 | 23080562166 |
| 05/24/2016 | $35.00 | 23080562177 | 07/01/2016 | $685.00 | 23080561402 |
| 07/01/2016 | $350.00 | 23080561391 | 08/11/2016 | $35.00 | 106544040207 |
| 08/11/2016 | $500.00 | 106544040174 | 08/11/2016 | $500.00 | 106544040185 |
| 09/07/2016 | $35.00 | 23080564901 | 09/07/2016 | $1,000.00 | 23080564890 |
| 10/12/2016 | $535.00 | 23080565632 | 10/12/2016 | $500.00 | 23080565643 |
| 11/21/2016 | $500.00 | 106544040779 | 11/21/2016 | $500.00 | 106544040780 |
| 11/21/2016 | $35.00 | 106544040834 | 12/14/2016 | $500.00 | 23080569557 |
| 12/14/2016 | $535.00 | 23080569568 |   |   |   |

**Total Receipts: $24,975.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,975.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/12/2017    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| GARDEN STATE VENTURE | | | | | | |
| | 05/18/2015 | $7.49 | 731,870 | 07/20/2015 | $15.53 | 736,130 |
| | 09/14/2015 | $7.94 | 740,175 | 03/21/2016 | $7.05 | 752,524 |
| | 04/18/2016 | $7.84 | 754,592 | 07/13/2016 | ($7.05) | 752,524 |
| | 07/18/2016 | $12.46 | 760,564 | 08/04/2016 | ($7.84) | 754,592 |
| | 11/03/2016 | ($12.46) | 760,564 | | | |
| GARDEN STATE VENTURES, LLC | | | | | | |
| | 03/16/2015 | $539.84 | 727,884 | 04/20/2015 | $118.46 | 729,898 |
| | 05/18/2015 | $677.60 | 731,871 | 12/17/2015 | $2,400.27 | 746,418 |
| | 01/19/2016 | $751.28 | 748,507 | 02/16/2016 | $940.28 | 750,534 |
| | 03/21/2016 | $933.23 | 752,525 | 04/18/2016 | $932.44 | 754,593 |
| | 06/20/2016 | $481.51 | 758,519 | 07/18/2016 | $976.72 | 760,565 |
| | 08/15/2016 | $977.29 | 762,454 | 09/19/2016 | $969.51 | 764,455 |
| | 09/19/2016 | $17.20 | 763,983 | 10/17/2016 | $969.52 | 766,393 |
| | 10/17/2016 | $8.56 | 765,945 | 11/15/2016 | $977.38 | 768,338 |
| | 11/15/2016 | $9.02 | 767,868 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,268.38 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 9,047.67 | 100.00% | 9,047.67 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLIED INTERSTATE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BUREAU OF ACCOUNTS CON | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CHILTON MEMORIAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CREDIT COLLECTIONS SRV. | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DREW TUCKMAN, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | EMA - WAYNE EMERGENCY MEDICAL A | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | ENHANCED RECOVERY CO L | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | EXECUTIVE CREDIT MANAGEMENT, IN | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FAMILY CARE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | FIRST PREMIER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | FIRST TRENTON INDEMNITY CO. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | GARDEN STATE VENTURE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | HERBERT MAIER, MD | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | J&J PEDIATRIC LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 505.39 | * | 0.00 | |
| 0017 | GARDEN STATE VENTURES, LLC | MORTGAGE ARR | 43,455.20 | 100.00% | 12,645.33 | |
| 0018 | LABORATORY CORP OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | AMERICAN INFOSOURCE LP | UNSECURED | 352.49 | * | 0.00 | |
| 0022 | NCO FIN /99 | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PEDIATRICARE ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | PEQUANNOCK ANIMAL HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | POMPTON PLAINS PATH, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | ROBERT RUSSO, DDS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | ROSS LESSER, DMD | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SELECT ANESTHESIA | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SUMMIT COLLECTION SVCS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | THOMAS M. CONNOR, M.D. | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 832.70 | * | 0.00 | |
| 0037 | UNITED COMPUCRED COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | BUREAU OF ACCOUNTS CON | UNSECURED | 0.00 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0042 | BUREAU OF ACCOUNTS CON | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,097.88 | * | 0.00 | |
| 0044 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | NCO FIN /99 | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | QUANTUM3 GROUP LLC | UNSECURED | 483.38 | * | 0.00 | |
| 0050 | GARDEN STATE VENTURES, LLC | SECURED | 350.00 | 100.00% | 65.74 | |
| 0051 | LVNV FUNDING LLC | UNSECURED | 330.49 | * | 0.00 | |

**Total Paid: $23,027.12**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2017.

Receipts: $24,975.00    -    Paid to Claims: $12,711.07    -    Admin Costs Paid: $10,316.05    =    Funds on Hand: $1,947.88

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER    VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.