# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Gregg E. Warhurst
Barbara A. Warhurst

Case No.: 14-26491
Hearing Date: 09/14/2017
Chapter: 13
Judge: John K. Sherwood

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge.

**Reason for Hearing:** Opposition to Trustee's Certification of Default filed by debtor's counsel

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** 09/14/2017 at 9:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 08/15/2017

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 08/15, 20 17 this notice was served on the following: Debtors, Counsel for Debtors, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/EdithValentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:
Gregg E Warhurst
Barbara A Warhurst
    Debtors

Case No. 14-26491-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 15, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2017.
db/jdb       +Gregg E Warhurst,    Barbara A Warhurst,    187 Linden Road,    Wayne, NJ 07470-6269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    Garden State Ventures LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Christopher J. Balala    on behalf of Debtor Gregg E Warhurst cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Christopher J. Balala    on behalf of Joint Debtor Barbara A Warhurst cbalala@scuramealey.com, ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Joint Debtor Barbara A Warhurst dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Debtor Gregg E Warhurst dstevens@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                         TOTAL: 6