Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  14−26491−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregg E Warhurst                              Barbara A Warhurst
   187 Linden Road                                 187 Linden Road
   Wayne, NJ 07470                                Wayne, NJ 07470

Social Security No.:
   xxx−xx−9515                                     xxx−xx−5607

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      11/9/17
Time:     11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Christopher J. Balala, Debtor's Attorney

COMMISSION OR FEES
fee: $1,151.25

EXPENSES
expenses: $1.67

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 18, 2017
JAN:

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gregg E Warhurst
Barbara A Warhurst
    Debtors

Case No. 14-26491-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Oct 18, 2017
                         Form ID: 137     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.

```
db/jdb         +Gregg E Warhurst,    Barbara A Warhurst,    187 Linden Road,    Wayne, NJ 07470-6269
514981187       Allied Interstate Llc,    3000 Corporate Road,    Columbus, OH 43231
514981188      +Bureau Of Accounts Con,    Po Box 538,    Howell, NJ 07731-0538
514981189       Celentano, Stadtmauer & Walentowicz, LLP,    1035 Route 46 East, Notchview Office Par,
                 P.O. Box 2594,    Clifton, NJ 07015-2594
514981190       Chilton Memorial Hospital,    PO Box 34628,    Newark, NJ 07189-4628
514981192      +Drew Tuckman, MD,    34 Maple Ave, Ste. 101,    C/O Goldman & Warshaw, PC,
                 Pine Brook, NJ 07058-9394
514981193       EMA - Wayne Emergency Medical Associates,    P.O. Box 779,    Livingston, NJ 07039-0779
514981195      +Executive Credit Management, Inc.,    4 Waterloo Road,    Stanhope, NJ 07874-2653
514981196      +Family Care,    PO Box 988,    c/o PennCredit,    Harrisburg, PA 17108-0988
514981197      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
514981198      +First Trenton Indemnity Co.,    PO Box 3012,    3 Ethel Road, Ste 300,    Edison, NJ 08817-2855
514981199       Garden State Venture,    Suite 101,    200 Sheffield Street,    Mountainside, NJ 07092-2315
515229937      +Garden State Ventures, LLC,    c/o Jeremy Doppelt Realty Management,    Suite 502,
                 408 Main Street,    Boonton, NJ 07005-3701
514981200      +Herbert Maier, MD,    220 Hamburg Turnpike,    Wayne, NJ 07470-2132
514981201      +J&J Pediatric LLC,    PO Box 726,    Iselin, NJ 08830-0726
514981203      +Jeremy Doppelt Realty Management, LLC,    408 Main Street, Ste. 202,    Boonton, NJ 07005-1732
514981204       Laboratory Corp of America,    PO Box 2240,    Burlington, NC 27216-2240
514981205       Mercantile Adjustment Bureau, LLC,    P.O. Box 9055,    Williamsville, NY 14231-9055
514981207       Midland Funding,    7 Entin Road,    C/O Pressler & Pressler,    Parsippany, NJ 07054-5020
514981210       New Century Financial,    7 Entin Road,    c/o Pressler & Pressler,    Parsippany, NJ 07054-5020
515249751      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
514981211      +Pediatricare Associates,    901 Route 23 South,    Pompton Plains, NJ 07444-1025
514981212      +Pequannock Animal Hospital,    591 Newark Pompton Tpke,    Pompton Plains, NJ 07444-1731
514981216       Remex Revenue Management Excellence,    307 Wall Street,    Princeton, NJ 08540-1515
514981217      +Robert Russo, DDS,    580 Alps Road,    Wayne, NJ 07470-3902
514981218      +Ross Lesser, DMD,    601 Hamburg Tpke, Ste. 206,    Wayne, NJ 07470-2049
514981219      +Select Anesthesia,    C/O Michael Harrison, Esq.,    3155 Route 10 East, Ste. 214,
                 Denville, NJ 07834-3430
514981220      +Summit Collection Svcs,    50 N Franklin Tpke,    Ho Ho Kus, NJ 07423-1562
514981221      +Thomas M. Connor, M.D.,    101 Old Short Hills Road Suite 104,    West Orange, NJ 07052-1080
514981222      +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
514981224      +United Compucred Collections,    5715 Harrison Ave.,    Cincinnati, OH 45248-1601
514981225      +Zucker, Goldberg & Ackerman, LLP,    200 Sheffield Street, Suite 201,
                 Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2017 23:04:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2017 23:04:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515010079       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2017 23:10:08
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
514981191      +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 18 2017 23:05:46
                 Credit Collections Srv.,    Po Box 9134,    Needham, MA 02494-9134
514981194      +E-mail/Text: bknotice@erccollections.com Oct 18 2017 23:04:58     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514981202       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 23:05:07     Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
515220420       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 18 2017 23:05:07     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
515229658       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2017 23:09:48
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
514981206      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 18 2017 23:04:48     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
514981209      +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2017 23:05:40     Nco Fin /99,
                 Po Box 15636,    Wilmington, DE 19850-5636
514981214       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 23:10:20
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
514981215       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 23:10:20
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-1223
515213044       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2017 23:10:06
                 Portfolio Recovery Associates, LLC,    c/o Target,    POB 41067,    Norfolk VA 23541
515012944       E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2017 23:04:38
                 Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2                    Date Rcvd: Oct 18, 2017
                              Form ID: 137             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
514981223      +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2017 23:05:40      Transworld Systems Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                             TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Garden State Ventures LLC
514981208*     Midland Funding,    7 Entin Road,    c/o Pressler & Pressler,    Parsippany, NJ  07054-5020
514981213    ##+Pompton Plains Path, Pa,    PO Box 510,    Wayne, NJ 07474-0510
                                                                                     TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Garden State Ventures LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Christopher J. Balala    on behalf of Debtor Gregg E Warhurst cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Christopher J. Balala    on behalf of Joint Debtor Barbara A Warhurst cbalala@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Joint Debtor Barbara A Warhurst dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Debtor Gregg E Warhurst dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 6
```