UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorneys for Debtors

In Re:

Gregg E. Warhurst
Barbara A. Warhurst

Order Filed on November 11, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 14-26491

Chapter: 13

Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 11, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____1,151.25_____ for services rendered and expenses in the amount of $_____1.67_____ for a total of $_____1,152.92_____ . The allowance is payable:

 ☒  through the Chapter 13 plan as an administrative priority.

 ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,135.00_____ per month for _____22_____ months to allow for payment of the above fee.

*rev.8/1/15*