

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>85 Broad Street- Suite 501<br>New York, New York 10004<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Secured Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Order Filed on October 10, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 14-26491<br><br>Chapter: 13<br><br>Hearing Date:<br>September 12, 2019 at 10:00 AM<br><br>Hon. Judge:<br>John K. Sherwood |
| In Re:<br><br>Gregg E Warhurst<br>Barbara A Warhurst<br><br>Debtor(s) | |

## ORDER RESOLVING MOTION TO VACATE STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: October 10, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Applicant: <u>SN Servicing Corporation</u>
Applicant's Counsel: <u>Friedman Vartolo LLP</u>
Debtor's Counsel: <u>John J. Scura, III</u>
Property Involved("Collateral"): <u>187 Linden Road, Wayne, NJ 07470</u>

Relief sought:
- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   - The Debtor is overdue for **3** months, from **July 1, 2019** to **September 1, 2019**.
   - The Debtor is overdue for **3** payments at **$2,094.56** per month.
   - Less Funds held in debtor(s) suspense **$1,247.16**.

   Total Arrearages Due: **$5,036.52**

2. Debtor must cure all post-petition arrearages, as follows:

   - Beginning on **October 1, 2019**, additional monthly cure payments shall be made in the amount of **$839.42** for **6** months.
   - Beginning on **October 1, 2019**, regular monthly mortgage payments shall continue to be made in the amount of **$2,094.56**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address(es):

   - ✓ Payments: SN Servicing Corporation
     323 Fifth Street
     Eureka, CA 95501

In the event of Default:

If the Debtors fail to make the immediate payment specified above or fail to make regular monthly payments or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as

to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

✓ The Applicant is awarded attorney's fees of <u>$350.00</u>, and costs of <u>$181.00</u>. The fees and costs are payable through the Chapter 13 plan.

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 14-26491-JKS
Gregg E Warhurst                                                   Chapter 13
Barbara A Warhurst
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Oct 10, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db/jdb         +Gregg E Warhurst,   Barbara A Warhurst,   187 Linden Road,   Wayne, NJ 07470-6269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    Garden State Ventures LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              David L. Stevens    on behalf of Joint Debtor Barbara A Warhurst dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
              David L. Stevens    on behalf of Debtor Gregg E Warhurst dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com
              John J. Scura, III    on behalf of Debtor Gregg E Warhurst jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              John J. Scura, III    on behalf of Joint Debtor Barbara A Warhurst jscura@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@
               scuramealey.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                               TOTAL: 7