**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   GREGG E WARHURST
   BARBARA A WARHURST

Order Filed on December 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  14-26491 JKS**

**Hearing Date:  12/12/2019**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 13, 2019**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  GREGG E WARHURST
            BARBARA A WARHURST

Case No.:  14-26491

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/12/2019 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 12/31/2019 or the case will be dismissed.